UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jason Porter
_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

Family Service League
Michelle Narvaez
_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983



CV 21 5120

JURY DEMAND
YES ✗   NO ____

SEYBERT, J.

LINDSAY, M.J.

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Jason Porter

If you are incarcerated, provide the name of the facility and address:

_____
_____
_____

Prisoner ID Number: 332580

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1  Michelle Naravez (Family Service League)
Full Name

Director
Job Title

790 Park Ave
Huntington NY 11721
Address

Defendant No. 2  _____
Full Name

_____
Job Title

_____
Address

Defendant No. 3  _____
Full Name

_____
Job Title

_____

2

|              | Address |
|---|---|
| Defendant No. 4 | Full Name |
|              | Job Title |
|              | Address |
| Defendant No. 5 | Full Name |
|              | Job Title |
|              | Address |

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _16 Pinetree DR Brentwood NY 11717_

When did the events happen? (include approximate time and date) _1-23-21 Approximately_

3

Facts: (what happened?) See Attached Claim

II.A. **Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Stress Mental Anguish And Fear of Catching Covid-19

4

III. **Relief**: State what relief you are seeking if you prevail on your complaint.

2,000,000.00 (Two Million Dollars)

I declare under penalty of perjury that on 9-10-21, I delivered this complaint to prison authorities at Riverhead C.F. (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9-9-21

_____
Signature of Plaintiff

Riverhead C.F.
Name of Prison Facility or Address if not incarcerated

110 Centre DR
Riverhead, N.Y. 11901

Address

332580
Prisoner ID#

rev. 12/1/2015

5

The Plaintiff contends that Family Service League contributed its neglegance of its staff at their 16 Pineair Dr location for failing to properly train them in CDC and health and measure for when after Southside Hospital Officials contacted Family Service League and the Staff at 16 Pineaire Dr Brentwood NY, 11717 and informed them that Brandon Hernandez a resident at 16 Pineaire Dr location was at their hospital under their care and tested Positive for Covid 19. Family Service League still did not require the Staff or residents at the 16 Pineaire Dr location to be retested to insure that no one at that location, Staff or residents had contracted the covid 19 virus due to the current resident testing positive for the virus. This failure left the residents of 16 Pineaire Dr at risk of even greater danger and this neglegance deliberatly indiffered every one residing within the location, residents and Staff Former V. Brennan 511 US 834 Wright V. Smith 21 F3D 496. Cross neglegance is defined as an intentional or willful failure to perform a clear duty recklessly disregarding the consequences or injury to a person that attends such failure for on 1-23-21, the Plaintiff was placed at 16 Pineaire Dr Brentwood NY 11717, a Family Service League

location by Suffolk County Emergency housing Authority. After residing at said residence for approximately 2 weeks, a resident that had been residing at said residence prior to the Plaintiff being placed at said residence was rushed to the hospital after an epileptic attack when at which time it was discovered that Breacdoro Hernandez was positive for Covid 19 and had been affected for several months.

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Jason Porter

United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722